417 A.2d 764

Kowaleski v. Kowaleski, Appellant.

 Argued April 10, 1979. H. Barry Bier, for appellant; Charles E. Weston, for appellee.

Before VAN der VOORT, SPAETH and WATKINS, JJ.

Appeal quashed and case remanded to the court below.